UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-180-F

| | | |
|---|---|---|
| ROBERT GENE BAILEY<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | O R D E R |
| LO'TERIA SHAVONE MARSH, et al.,<br>Defendants. | )<br>)<br>) | |

This matter is before the court for consideration of the Magistrate Judge's May 6, 2009, Memorandum and Recommendation (M&R) [DE-5]. The plaintiff, Robert Gene Bailey filed a timely "Objection" [DE-6] thereto.

Rule 72(b), FED R CIV. P. provides in pertinent part that "a party may serve and file specific, written objections to the proposed findings and recommendations" contained in an M&R. Thereafter, the district judge "shall make a de novo determination . . . of any portion of the [M&R] to which specific written objection has been made." Objections must be filed within ten days of service of the M&R. *See* Rule 72(b), FED. R. CIV. P.

The court has conducted a careful independent review of the record in this matter and concurs with the Magistrate Judge's analysis contained in his M&R. The court, therefore, has reached the *de novo* determination that the M&R is correct and in accordance with the law.

Accordingly, the court ADOPTS the Magistrate Judge's M&R, and hereby ORDERS that this action is DISMISSED as FRIVOLOUS for the reasons cogently stated in the M&R. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 10th day of June, 2009.

_____
JAMES C. FOX
Senior United States District Judge